UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

LUIS FELIPE MANGUAL, JR.,

          Defendant.

23-cr-429 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Government should respond to the defendant's application for an early termination of supervised release by **September 16, 2024**.

SO ORDERED.

Dated:   New York, New York
        September 11, 2024

                                              John G. Koeltl
                                  United States District Judge