```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

       - against -

LUIS FELIPE MANGUAL, JR,

            Defendant.

23-cr-429 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On September 11, 2024, this Court issued an Order requesting the Government to respond to the defendant's application for an early termination of supervised release. Two probation officers have agreed that the application should be granted but the Court requested the Government to respond by September 16, 2024, with the Government's views. There has been no response from the Government, perhaps because this is a case that has been transferred from another District and no Assistant has been assigned. The Government should respond to the defendant's application by **September 24, 2024,** and a copy of this Order will be sent to the Chief of the Criminal Division.

**SO ORDERED.**

Dated:    New York, New York
            September 20, 2024

                                      John G. Koeltl
                               United States District Judge