UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       - against -                            23-cr-429 (JGK)

LUIS FELIPE MANGUAL, JR,             ORDER

        Defendant.

---

JOHN G. KOELTL, District Judge:

For the reasons explained in the accompanying Memorandum Opinion and Order, the defendant's term of supervised release is terminated.

SO ORDERED.

Dated:    New York, New York
            September 24, 2024

                                                            /s/ John G. Koeltl
                                                             John G. Koeltl
                                                       United States District Judge