**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------

**UNITED STATES OF AMERICA,**

      - against -                   **23-cr-429 (JGK)**

**LUIS FELIPE MANGUAL, JR,**         **MEMORANDUM OPINION AND**
                                                                    **ORDER**
                **Defendant.**

--------

**JOHN G. KOELTL, District Judge:**

    The defendant, Luis Felipe Mangual, moves for an early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1), pursuant to which the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." For the reasons explained below, the application for an early termination of supervised release is **granted**.

    The defendant pleaded guilty in the District of Maryland to twenty-eight counts of an indictment charging him with narcotics and money laundering offenses. See ECF No. 5 at 1. He was sentenced in that District on October 25, 2006, principally to a term of life imprisonment. Id. Thereafter, judges in that District reduced the defendant's sentence on two separate occasions; the defendant was released from imprisonment and began his term of supervised release on August 23, 2021. Id. at

1

1-2. Supervision was subsequently transferred to this District. See ECF No. 1.

The defendant is now 63 years old, is gainfully employed, and has received strong support from his employer. ECF No. 5 at 2-3. The defendant has complied with all of the conditions of his supervised release during his entire term on supervision. Id. Two separate probation officers support the defendant's application for an early termination of supervised release. Id. at 2. The Government defers to the views of Probation and the Court. ECF No. 9 at 2.

Continued supervised release is unnecessary given the defendant's previous lengthy term of imprisonment and the defendant's successful term of supervised release for in excess of three years.

## CONCLUSION

For the reasons explained above, the defendant's application for an early termination of supervised release is **granted.**

SO ORDERED.

Dated:  New York, New York
        September 24, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge

2